NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

NGHIA HUGH VO, *Petitioner*.

No. 1 CA-CR 25-0490 PRPC

FILED 04-23-2026

Petition for Review from the Superior Court in Maricopa County
No. CR1991-004071
The Honorable Pamela Dunne, Judge *Retired*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Nghia Hugh Vo, Buckeye
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Samuel A. Thumma, Judge Andrew J. Becke, and Judge Kent E. Cattani delivered the decision of the Court.

**PER CURIAM**:

¶1          Petitioner Nghia Hugh Vo seeks review of the superior court's order dismissing his fifth proceeding for post-conviction relief under Rule 32 of the Arizona Rules of Criminal Procedure.

¶2          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court erred by denying the petition.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

¶3          We have reviewed the record in this matter (including Vo's current and previous post-conviction proceedings), the superior court's order dismissing the petition, and Vo's petition for review. The superior court (1) addressed Vo's claims directly, even though the petition was untimely and successive; (2) properly noted claims that were precluded under Rule 32.2(a)(2) due to final adjudication on the merits in previous proceedings; and (3) properly addressed Vo's related claim of a significant change in the law.  Vo has not established an abuse of discretion here.

¶4          Accordingly, we grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:          JR